HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226

Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:87-cr-00085 JAM |
|---|---|---|
| *Plaintiff,* | ) | 2:87-cr-00205 JAM |
| | ) | |
| vs. | ) | **APPLICATION AND ORDER** |
| | ) | **APPOINTING COUNSEL** |
| BRUCE MAURICE PHYTILA, | ) | |
| *Defendant.* | ) | |

   Defendant, Bruce Maurice Phytila, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of his probation on the two cases mentioned above.

   On September 10, 1987, Mr. Phytila was sentenced to 5 years of probation at the Eastern District of California in Sacramento. He began serving his probation upon his release on August 19, 2016 and was referred to our office by his probation officer here in Fresno, California. Mr. Phytila submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. Therefore, after reviewing Mr. Phytila Financial Affidavit, it is respectfully recommended that Assistant Federal Defender be promptly appointed.

DATED:  March 26, 2021         */s/ Eric V Kersten*
                                ERIC V. KERSTEN
                                Assistant Federal Defender
                                Branch Chief, Fresno Office

# O R D E R

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

DATED:  March 26, 2021         /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE